UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY SHAFFER, *
*
and *
*
JD SMITH, *
1920 N Street, NW *
Suite 300 *
Washington, DC 20036 *
*
    Plaintiffs, *   Civil Action No. 06-_____
*
vs. *
*
GEORGE PEIRCE *
GENERAL COUNSEL *
DEFENSE INTELLIGENCE AGENCY *   CASE NUMBER  1:06CV00271
Washington, D.C. 20340-5100, *
*   JUDGE: Gladys Kessler
ROBERT H. BERRY, JR. *
PRINCIPAL DEPUTY GENERAL *   DECK TYPE: TRO/Preliminary Injunction
  COUNSEL *
DEFENSE INTELLIGENCE AGENCY *   DATE STAMP: 02/14/2006
Washington, DC 20340-5100, *
*
WILLIAM J. HAYNES, II, ESQ., *
GENERAL COUNSEL *
DEPARTMENT OF DEFENSE *
Washington, DC 20301, *
*
    and *
*
TOM TAYLOR *
SENIOR DEPUTY GENERAL COUNSEL *
DEPARTMENT OF THE ARMY *
104 Army Pentagon *
Washington, DC 20310-0104, *
*
    Defendants. *
*  *  *  *  *  *  *  *  *  *  *  *

## COMPLAINT

NOW COME Plaintiffs, Anthony Shaffer and JD Smith, behalf of themselves, by and through undersigned counsel, and for their Complaint against Defendants George Peirce, General Counsel of the Defense Intelligence Agency ("DIA"), Robert Berry, Jr., Principal Deputy General Counsel of DIA, William Haynes, II, General Counsel Department of Defense ("DOD") and Tom Taylor, Senior Deputy General Counsel, Department of the Army, aver as follows:

### JURISDICTION

Plaintiffs seek injunctive and declaratory relief pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. § 2201, the Administrative Procedure Act, 5 U.S.C. § 701 et seq., and the All Writs Act, 28 U.S.C. § 1651.

1. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 702 and 28 U.S.C. § 1331.

2. Venue is appropriate in the District under 5 U.S.C. § 703 and 28 U.S.C. § 1391.

3. Plaintiffs reside in the Commonwealth of Virginia.

4. Defendants perform their official duties in the District of Columbia

### FACTS

5. Plaintiffs both performed certain duties, classified and unclassified, concerning a Department of Defense program code named ABLE DANGER. Plaintiff Shaffer is a member of the Army Reserve component of the Armed Forces and a civilian employee of the DIA, Plaintiff Smith is a former employee of a defense contractor, and both will be instructed to answer questions in a closed, classified session before

2

Subcommittees of the House Armed Services on 15 February 2006 regarding their participation in ABLE DANGER and related programs. Plaintiffs both wish to be represented by counsel at said hearings. Defendants have refused to permit undersigned counsel access to classified information so as to permit them to attend the closed, classified portion of the hearing and have therefore deprived Plaintiffs of their right to assistance of counsel during said hearings.

6. Accordingly, Plaintiffs ask this court to grant them the relief sought in the accompanying Motion for Temporary Restraining Order, together with an award of their costs of the instant litigation, including attorneys fees.

WHEREFORE, Plaintiffs seek judgment against Defendants.

Respectfully submitted,

Roy W. Krieger, Esq.
DC Bar #375754
Mark S. Zaid, Esq.
DC Bar #440532
Krieger & Zaid, PLLC
1920 N St., N.W.
Suite 300
Washington, D.C. 20036
(202) 452-4814

3