**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                        )
ANTHONY SHAFFER,                          )
                                                        )
                and                                   )
                                                        )
JD SMITH,                                          )
1920 N Street, N.W., Suite 300             )
Washington, D.C.  20036                     )
                Plaintiffs,                           )        Civil Action No. 06-271 (GK)
                                                        )
                v.                                    )
                                                        )
GEORGE PEIRCE                              )
GENERAL COUNSEL                        )
DEFENSE INTELLIGENCE AGENCY   )
Washington, D.C.  20340-5100            )
                                                        )
ROBERT H. BERRY, JR.                   )
PRINCIPAL DEPUTY GENERAL        )
    COUNSEL                                    )
DEFENSE INTELLIGENCE AGENCY   )
Washington, D.C.  20340-5100            )
                                                        )
WILLIAM J. HAYNES, II, ESQ.,         )
GENERAL COUNSEL                        )
DEPARTMENT OF DEFENSE             )
Washington, D.C.  20301,                    )
                                                        )
                and                                   )
                                                        )
TOM TAYLOR                                  )
SENIOR DEPUTY GENERAL COUNSEL  )
DEPARTMENT OF THE ARMY            )
104 Army Pentagon                            )
Washington, D.C.  20310-0104,            )
                                                        )
                Defendants.                        )
_____)

## NOTICE OF APPEARANCE

        THE CLERK WILL PLEASE ENTER THE APPEARANCE of Karen K. Richardson, as

counsel for defendants, in the above-captioned action.  All files, papers, and correspondence

should be addressed to:

> Karen K. Richardson
> Federal Programs Branch
> Civil Division – Room 6126
> U.S. Department of Justice
> 20 Massachusetts Ave., NW
> Washington, D.C. 20001
> Phone No. (202) 514-3374
> Fax No. (202) 514-8460

DATED this February 16, 2006

> Respectfully submitted,
>
> PETER D. KEISLER
> Assistant Attorney General
>
> KENNETH L. WAINSTEIN
> United States Attorney
>
> VINCENT M. GARVEY
> Deputy Branch Director
>
>
> _____/s/_____
> KAREN K. RICHARDSON, Texas Bar #785610
> Senior Counsel
> U.S. Department of Justice, Civil Division
> Federal Programs Branch
> 20 Massachusetts Ave., N.W., Rm 6126
> Washington, D.C. 20001
> Telephone: (202) 514-3374
> Facsimile: (202) 616-8460