## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY SHAFFER et al. | * |
| | * |
| Plaintiffs, | * |
| | * |
| vs. | *   Civil Action No. 06-271 (GK) |
| | * |
| GEORGE PEIRCE et al. | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF FILING OF DC BAR COUNSEL'S DECISION

During the hearings before this Court on February 15, 2006, the Court requested a copy of the D.C. Bar Counsel's decision regarding the undersigned counsel as a result of the decision issued by the Honorable Royce C. Lamberth in Assassination Archives & Research Center v. CIA, 48 F.Supp.2d 1 (D.D.C. 1999). A copy of the decision is attached at Exhibit "1".

Additionally, to place the decision in some brief context to the present legal dispute, the undersigned wishes to inform this Court that Judge Lamberth's decision initially led the Central Intelligence Agency ("CIA") to contemporaneously deny counsel access to classified information in another matter. However, that decision was subsequently reversed on appeal (which happens probably in less than 25% of all cases) and the undersigned's eligibility for access to classified information was favorably adjudicated. Therefore, for the last six or seven years, the undersigned has had authorized access on a case-by-case basis (which is how it works for outside counsel) to CIA classified information, to include at the TS/SCI level. In fact, the undersigned currently has access to CIA classified information in numerous ongoing administrative and litigation matters.

Moreover, at no time has the Defense Intelligence Agency ("DIA") ever denied the undersigned's eligibility for access to DIA classified information. Counsel has had regular access to DIA classified information for at least approximately seven or eight years.

Perhaps most importantly, Judge Lamberth's decision has been well known to security officials at both the CIA and DIA since it was issued. In fact, these agencies were both defendants in <u>Stillman v. Department of Defense et al.</u>, 209 F.Supp.2d 185 (2002) [1], <u>rev'd on other grounds</u>, <u>Stillman v. Central Intelligence Agency et al.</u>, 319 F.3d 546 (D.C.Cir. 2003), where the Honorable Emmet G. Sullivan ordered the Government to conduct a background investigation on the undersigned in order to determine his eligibility to classified information in that case. The background investigation was conducted and completed in or about 2002, by the Department of Justice and the Federal Bureau of Investigation, and the undersigned was favorably adjudicated (though no access was ever granted due to continuing legal disputes regarding need-to-know).

Judge Lamberth's decision was a specific focus of the 2002 background investigation. The <u>AARC</u> case, the details of which are frankly far more intricate than laid out by Judge Lamberth in the published decision, has never been raised since the one time in 1999 by the CIA by any government security officials to deny the undersigned's access to classified information. The defendant, George Peirce, DIA's General Counsel, is well aware of this fact. However, he chose to continue with its invocation despite his own

---

[1] As mentioned during arguments despite what the published version of <u>Stillman</u> denotes in footnote one, the <u>AARC</u> case did not involve the unauthorized release of classified information. The June 10, 2002, decision was vacated due to this error and corrected by decision dated June 20, 2002. A copy of the Motion to Amend that was granted by Judge Sullivan is attached at Exhibit "2". Unfortunately, apparently the vacated decision was published before the correction occurred.

2

security official's contradictory position in order to interfere with the undersigned's ability to properly represent his clients, particularly in high-profile matters that have served as an embarrassment to DIA. No doubt this will be an issue worthy of exploration through discovery should this Court grant permission.

Date:   February 16, 2006

                                      Respectfully submitted,

                                        /s/

                                  _____

                                  Mark S. Zaid, Esq.
                                  DC Bar #440532
                                  Krieger & Zaid, PLLC
                                  1920 N St., N.W.
                                  Suite 300
                                  Washington, D.C. 20036
                                  (202) 454-2809
                                  ZaidMS@aol.com