# EXHIBIT "2"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANNY B. STILLMAN            *
                             *
    Plaintiff,               *
                             *
    v.                       *      Civil Action No. 01-01342 (EGS)
                             *
DEPARTMENT OF DEFENSE et al. *
                             *
    Defendants.              *
*  *  *  *  *  *  *  *  *  *  *  *

**PLAINTIFF'S MOTION TO CORRECT STATEMENT
CONTAINED IN MEMORANDUM OPINION DATED JUNE 10, 2002**

NOW COMES plaintiff Danny E. Stillman ("Stillman"), by and through his undersigned counsel, to respectfully move this Court to correct a statement contained in the 106 page Memorandum Opinion of June 10, 2002.[1]

On pages 7-8, footnote 1, the Court wrote (emphasis added):

> While Mr. Zaid's trustworthiness or lack thereof is not the justification given by defendants for denying Mr. Zaid access, both parties make representation with respect to that issue. Plaintiff points out that he has been given the appropriate security authorization to view classified information when acting as counsel in other lawsuits against defendants. Defendants, on the other hand, point out that Mr. Zaid was involved in a case before Judge Lamberth of this Court *that was dismissed because of counsel's disclosure of classified information in violation of a protective order.*

The last sentence does not factually or accurately reflect the defendants' arguments or Judge Lamberth's decision in Assassination Archives & Research Center v. CIA, 48 F.Supp.2d 1 (D.D.C. 1999), in which Stillman's attorney was counsel. That case did not involve classified information or a protective order. The information in question was unclassified and was stated to have been subject to a confidentiality agreement between myself and the CIA.

---

[1] Additionally, plaintiff respectfully requests that this decision be submitted for publication, if such steps have not already been taken.

The defendants' arguments in this case support that premise. In their Opposition to Plaintiff's Motion to Compel (filed November 16, 2001), the defendants cited:

> See Assassination Archives & Research Center v. CIA, 48 F.Supp.2d 1 (D.D.C. 1999)(plaintiff's attorney - Mr. Zaid - found to have provided *confidential information* to his client in violation of a *confidentiality agreement* that Mr. Zaid had signed with the CIA in an unrelated case).

Id. at 32 fn.22 (emphasis added).

Furthermore, in their Memorandum Pursuant to the Court's Order of December 12, 2001 and in Response to Plaintiff's and the ACLU's Memoranda filed January 25, 2002 [sic] (filed March 8, 2002), the defendants wrote:

> In Assassination Archives & Research Center v. CIA, 48 F.Supp.2d 1 (D.D.C. 1999), Judge Lamberth of this Court dismissed the plaintiff's claims on the ground that Mr. Zaid, who represented the plaintiff, had provided *confidential information* to his client in violation of a *non-disclosure agreement* that Mr. Zaid had signed with the CIA in an unrelated case.

Id. at 20 fn.24 (emphasis added).

As the Court undoubtedly understands, without minimizing the importance of protecting confidential information subject to a non-disclosure agreement, it is of far greater significance and harm to have asserted that plaintiff's counsel disclosed classified information in violation of a court protective order. Therefore, plaintiff's counsel respectfully requests that this correction be made.

Additionally, plaintiff proposes that in place of the existing language the following amended language be substituted:

> Defendants, on the other hand, point out that Mr. Zaid was involved in a case before Judge Lamberth of this Court that was dismissed because of counsel's disclosure of confidential information in violation of a non-disclosure agreement.

A proposed Order accompanies this Motion.

Date:   June 14, 2002

Respectfully submitted,

/s/
_____
Mark S. Zaid, Esq.
D.C. Bar #440532
1275 K Street, N.W.
Suite 770
Washington, D.C. 20005
(202) 371-6626

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of June 2002, a copy of the foregoing Plaintiff's Motion to Correct Statement Contained in Memorandum Opinion Dated June 10, 2002 was delivered via facsimile and mailed, first-class, postage pre-paid, to:

>Karen Richardson, Esq.
>Federal Programs Branch
>U.S. Department of Justice
>Civil Division
>901 E Street, N.W., Room 1086
>Washington, D.C. 20530
>(202) 616-8470 fax
>
>Attorney For Defendants
>
>Art Spitzer, Esq.
>American Civil Liberties Union
>1400 20th Street, N.W.
>Suite 119
>Washington, D.C. 20036
>(202) 452-1868 fax
>
>*Amicus Curiae*
>
>Mark H. Lynch, Esq.
>Covington & Burling
>1201 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004-2401
>(202) 662-6291 fax
>
>Attorney For *Amicus Curiae*

_____
Mark S. Zaid, Esq.