# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY SHAFFER et al. | * |
| | * |
| Plaintiffs, | * |
| | * |
| vs. | *   Civil Action No. 06-271 (GK) |
| | * |
| GEORGE PEIRCE et al. | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

The undersigned counsel hereby formally enters his notice of appearance on behalf of all plaintiffs.

Date:   February 16, 2006

                              Respectfully submitted,

                              /s/
                            _____

Mark S. Zaid, Esq.
DC Bar #440532
Krieger & Zaid, PLLC
1920 N St., N.W.
Suite 300
Washington, D.C. 20036
(202) 454-2809
ZaidMS@aol.com