# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY SHAFFER et al. | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | Civil Action No. 06-271 (GK) |
| | * | |
| GEORGE PEIRCE et al. | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING OF FIRST AMENDED COMPLAINT

NOW COMES the plaintiffs, by and through their undersigned counsel, to hereby file a copy of their First Amended Complaint as a matter of right pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. A copy is attached at Exhibit "1".

Respectfully submitted,

/s/
_____
Mark S. Zaid, Esq.
DC Bar #440532
Krieger & Zaid, PLLC
1920 N St., N.W.
Suite 300
Washington, D.C. 20006
(202) 454-2809
ZaidMS@aol.com