# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY SHAFFER et al.  * | |
| * | |
| Plaintiffs,  * | |
| * | |
| v.  * | Civil Action No. 06-271 (GK) |
| * | |
| DEFENSE INTELLIGENCE AGENCY  * | |
| et al.  * | |
| * | |
| Defendants.  * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' MOTION FOR LEAVE TO FILE COMPLAINT USING COUNSEL'S ADDRESS IN VIOLATION OF LCVR 5.1 (e)

NOW COME the plaintiffs, by and through their undersigned counsel, to hereby respectfully seek leave of this Court to file their First Amended Complaint, which is being filed by right, against the defendants without using their own addresses. Instead, they request to use their counsel's office address in violation of LCvR 5.1(e). As grounds therefor, the plaintiffs submit the attached declaration of their counsel, Mark S. Zaid, Esq., to support their request. A proposed Order also accompanies this Motion.

Dated: February 27, 2006

Respectfully submitted,

/s/
_____
Mark S. Zaid, Esq.
DC Bar #440532
Krieger & Zaid, PLLC
1920 N St., N.W.
Suite 300
Washington, D.C. 20006
(202) 454-2809
ZaidMS@aol.com

Attorney for Plaintiffs