**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ANTHONY SHAFFER et al. | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 06-271 (GK) |
| | * | |
| DEFENSE INTELLIGENCE AGENCY et al. | * | |
| | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**<u>DECLARATION OF MARK S. ZAID, ESQ.</u>**

The undersigned hereby declares as follows:

1. I am a person over eighteen (18) years of age and competent to testify. I make this Declaration on personal knowledge. This Declaration is submitted in support of the plaintiffs' Motion to Leave to File Complaint Using Counsel's Address in Violation of LCvR 5.1 (e).

2. I am the attorney for the plaintiffs in this matter and I am a partner in the Washington, D.C. law firm of Krieger & Zaid, PLLC. I am admitted to practice law in the States of New York, Connecticut and the District of Columbia, as well as the D.C. Circuit, Second Circuit and Fourth Circuit Court of Appeals, and the United States District Courts for the District of Columbia, Maryland, Eastern District of New York, Northern District of New York and the Southern District of New York. I have been litigating cases involving the federal government for more than a decade. I routinely prosecute lawsuits asserting challenges under the Freedom of Information Act, 5 U.S.C. § 552, and Privacy Act, 5 U.S.C. § 552a, and actively represent individuals associated with or within the intelligence, law enforcement or military communities. Since 1998, I have also served as the Executive Director of The James Madison Project (*www.jamesmadisonproject.org*), which seeks to educate the public on secrecy and national security issues.

    3.  I have been representing the plaintiffs in this matter for many months. The representation deals with a controversial Defense Department program code-named ABLE DANGER which has garnered significant media attention across the globe. I am regularly contacted by members of the media in an effort to locate and speak to one or both of the defendants. In order to protect their privacy, and additionally in light of the fact that for many years the plaintiffs have worked in a classified environment (including covert activities), it is imperative to keep their addresses confidential. Providing their addresses in an open forum is irrelevant to the legal or factual issues presented in this case and will in no way prejudice the defendants.

    4.  Of course, should either the defendants or this Court wish to know the plaintiffs' addresses, the plaintiffs certainly have no objection to providing that information under seal.

    I do solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge.

Date: February 27, 2006

                                                   /s/
                                        _____
                                        Mark S. Zaid, Esq.
                                        Attorney for Plaintiffs