## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY SHAFFER et al. | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 06-271 (GK) |
| | * | |
| DEFENSE INTELLIGENCE AGENCY et al. | * | |
| | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of Plaintiffs' Motion for Leave to File Complaint Using Counsel's Address in Violation of LCvR 5.1 (e), and the entire record herein, it is this

_____ day of _____ 2006, hereby

ORDERED, that plaintiffs' Motion is granted.

_____
UNITED STATES DISTRICT JUDGE