## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY SHAFFER et al. | * |
| | * |
| Plaintiffs, | * |
| | * |
| vs. | *   Civil Action No. 06-271 (GK) |
| | * |
| GEORGE PEIRCE et al. | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY REQUESTS

NOW COMES the plaintiffs, by and through their undersigned counsel, to hereby notify the Court that they have served the defendants with requests for production of documents, interrogatories and admissions.

Respectfully submitted,

/s/
_____
Mark S. Zaid, Esq.
DC Bar #440532
Krieger & Zaid, PLLC
1920 N St., N.W.
Suite 300
Washington, D.C. 20006
(202) 454-2809
ZaidMS@aol.com