UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY SHAFFER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DEFENSE INTELLIGENCE AGENCY, et al.<br><br>Defendants. | Civil Action No. 06-271 (GK) |

## EXHIBIT LIST

| | |
|---|---|
| Declaration of George A. B. Peirce | Exhibit - A |
| Declaration of Robert H. Berry, Jr. | Exhibit - B |
| Letter from Mark S. Zaid dated February 2, 2006(sic) | Exhibit - C |
| Letter from Mark S. Zaid dated August 30, 2005 | Exhibit - D |
| Letter from Mark S. Zaid dated August 31, 2005 | Exhibit - E |
| Letter from George A. B. Peirce dated September 16, 2005 | Exhibit - F |
| Letter from George A. B. Peirce dated February 14, 2006 | Exhibit - G |
| Declaration of Salvatore M. Ferro | Exhibit - H |
| Declaration of Donald Horstman | Exhibit - I |
| Declaration of Frank R. Jimenez | Exhibit - J |
| Declaration of Ronald J. Buchholz | Exhibit - K |
| Declaration of Patrick L. Gary | Exhibit - L |