# Exhibit A

<u>Shaffer v. Defense Intelligence Agency, et al.</u>
Action No. CV06-271 (GK)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY SHAFFER, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 06-271 (GK) |
| | ) | |
| v. | ) | |
| | ) | |
| DEFENSE INTELLIGENCE AGENCY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF GEORGE A. B. PEIRCE

I, George A. B. Peirce, declare and state as follows:

1. I have been the General Counsel of the Defense Intelligence Agency since January 2004. My office is located in Room 2E238 at the Pentagon building in Arlington County, Virginia. I reviewed all written and email correspondence I have received from the law firm of Krieger & Zaid concerning requests for access to classified information while in my Pentagon office, and I prepared all my written responses to those requests in my Pentagon office. While other members of my legal staff have offices elsewhere, my only office is in the Pentagon.

2. I am a resident of Fairfax County, Virginia, and have resided in the same house there continuously since 1991, except during my voluntary mobilization as a Reserve officer for a year of active duty in the United States Army from November 2001 to November 2002. I have never resided in the District of Columbia.

3. I do not maintain a principal place of business in the District of Columbia.

4. I learned of the filing of the First Amended Complaint in this case from Ms. Karen

Richardson, U.S. Department of Justice. I have not been served by the plaintiffs, their counsel, or any process server with any summons or complaint in this case, either at my residence in Fairfax County, Virginia or elsewhere.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of April, 2006 in Arlington, Virginia.

_____
George A. B. Peirce