# Exhibit B

Shaffer v. Defense Intelligence Agency, et al. CV Act. No. 06-271 (GK)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY SHAFFER, et al.        )
                               )
        Plaintiffs,            )
                               )
    v.                         )    Civil Action No. 06-271 (GK)
                               )
DEFENSE INTELLIGENCE AGENCY,   )
et al.                         )
                               )
        Defendants.            )
_____)

DECLARATION OF ROBERT H. BERRY, JR.

I, Robert H. Berry, Jr., declare and state as follows:

1. I am the Principal Deputy General Counsel of the Defense Intelligence Agency (DIA). I have served in the Office of the General Counsel since June 1984. My office is located at the Pentagon in Arlington, Virginia.

2. I am a resident of Burke, Virginia, and have resided in the same house since 1984.

3. I have never incorporated or maintained a principal place of business in the District of Columbia.

4. I learned of the filing of the First Amended Complaint in this case from Ms. Karen Richardson, U.S. Department of Justice. I have not been served by the plaintiffs, their counsel, or any process server with any summons or complaint in this case, either at my residence in Burke, Virginia or elsewhere.

1

5. I have determined by checking with offices within DIA likely to have received such and through personal knowledge, that DIA has not been served by the plaintiffs, their counsel, or any process server with any summons, complaint, or any other action in this case

I certify under penalty of perjury that the foregoing is true and correct.

Executed this __6th__ day of April, 2006 in Arlington, Virginia.

/Robert H. Berry/
Robert H. Berry, Jr.