# Exhibit E

# KRIEGER & ZAID, PLLC

1920 N STREET, N.W.
SUITE 300
WASHINGTON, DC 20036

---

TELEPHONE (202) 223-9050
FACSIMILE (202) 293-4827

MARK S. ZAID, ESQ
WRITER'S DIRECT DIAL (202) 454-2809
EMAIL: ZaidMS@aol.com

31 August 2005

<u>VIA FACSIMILE AND MAIL</u>

William J. Haynes, II, Esq.
General Counsel
Department of Defense
Washington, D.C. 20301

George Peirce
General Counsel
Defense Intelligence Agency
Washington, D.C. 20340-5100

Tom Taylor
Senior Deputy General Counsel
Department of the Army
104 Army Pentagon
Washington, D.C. 20310-0104

Re: ABLE DANGER

Gentlemen:

This is a follow-up to my letter dated 30 August 2005, regarding our representation of LTC Anthony Shaffer and Dr. Eileen Preisser, and our request for approval to receive classified information pertaining to their activities with ABLE DANGER.

Both LTC Shaffer and Dr. Preisser are being requested to present formal testimony before an open session of the Senate Judiciary Committee on 14 September 2005. As their legal representatives we will be present during the testimony and we certainly intend to participate in the process of drafting their formal statements.

Therefore, it is more imperative than ever that Mr. Krieger and I be authorized access to the classified information in question so that we can properly represent our clients and perform a lawful and authorized governmental function. While obviously no classified information can be presented in open testimony, and we are more than willing to have the requisite agencies perform a classification review of the proposed written testimony, our authorized access is crucial so that

our clients can fully express their concerns to us and so that they not inadvertently disclose classified information in an unauthorized manner while we prepare their intended unclassified testimony.

Your prompt cooperation and attention to this matter is appreciated. You may best reach me via cell phone at (202) 498-0011 or e-mail at ZaidMS@aol.com.

Sincerely,

Mark S. Zaid

cc: Senator Pat Roberts
    Chairman, Select Committee on Intelligence
Senator Arlen Specter
    Chairman, Committee on the Judiciary
Congressman Peter Hoekstra
    Chairman, Permanent Select Committee on Intelligence
Congressman Duncan Hunter
    Chairman, House Armed Services Committee
Congressman Curt Weldon
    Chairman, Tactical Air and Land Forces Subcommittee,
    House Armed Services Committee

## TELECOPIER TRANSMITTAL SHEET

TO:        George Peirce
           General Counsel
           Defense Intelligence Agency
           Washington, D.C. 20340-5100
           (703) 697-4276 fax

FROM:      Mark S. Zaid, Esq.
           Krieger & Zaid, PLLC
           1920 N Street, N.W.
           Suite 300
           Washington, D.C.  20036
           (202) 454-2809
           (202) 293-4827 fax
           E-Mail: ZaidMS@aol.com

SUBJECT:   ABLE DANGER

DATE:      31 August 2005

NUMBER OF PAGES TRANSMITTED (INCLUDING COVER SHEET): 3

MESSAGE/CONTENTS:

### URGENT ATTENTION REQUESTED

### CONFIDENTIALITY NOTICE

This fax/telecopy is intended only for the use of the individual to which it is addressed and may
contain information that is privileged or confidential.  If you have received this communication
in error, please notify us immediately by telephone.