# Exhibit H

Shaffer v. Defense Intelligence Agency, et al
Action No. CV06-271 (GK)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

ANTHONY SHAFFER, et al.           )
                                  )
    Plaintiffs                    )
                                  )
    v.                            )
                                  )   Civil Action No. 06-271 (GK)
DEFENSE INTELLIGENCE AGENCY,      )
et al.                            )
                                  )
    Defendants                    )
                                  )

DECLARATION OF SALVATORE M. FERRO

I, Salvatore M. Ferro, do hereby declare and state as follows:

1. I am the Senate Team Leader, Office of Congressional Affairs of the Defense Intelligence Agency ("DIA"). One of the responsibilities of my office is to be notified of pending congressional hearings.

2. I have served in various capacities in the Office of Congressional Affairs since January 1991. I have broad responsibilities concerning DIA's congressional relations. In the course of my official duties at DIA, I have been assigned as the ABLE DANGER point of contact in the office. I am personally notified of pending hearings in either the Senate or House of Representatives related to ABLE DANGER.

3. As of today, April 6, 2006, I have not been contacted by any representative of any congressional committee with

1

notification that any hearings related to ABLE DANGER are presently scheduled.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 6TH day of April 2006 in Arlington, Virginia.

*[signature]*
SALVATORE M. FERRO

2