# Exhibit J

Shaffer v. Defense Intelligence Agency, et al.
Action No. CV06-271 (GK)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANTHONY SHAFFER, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 06-271 (GK) |
| v. | ) |
| | ) |
| DEFENSE INTELLIGENCE AGENCY, et al. | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF FRANK R. JIMENEZ

1.    I am the Deputy General Counsel (Legal Counsel) of the United States Department of Defense ("DOD") located in Washington, D.C. I have held this position since May of 2005. My office has been designated to act as agent for service of process in matters concerning the General Counsel in his official capacity and the Office of the General Counsel. In addition, service of process in matters concerning the Secretary of Defense in his official capacity and the Office of the Secretary of Defense are routed to my office for action. My staff receives subpoenas, summonses and other documents in cases in litigation; makes an entry recording the receipt of the documents in a computer tracking system; and makes a recommendation as to how each should be handled. My office then directs the document to the appropriate responsible official for action. The disposition of the matter is also recorded in the computer tracking system.

2.  The statements in this declaration are based upon my personal knowledge, my review of information available to me in my official capacity, and information provided to me by my staff.

3.  It is my understanding that on February 14, 2006, Anthony Shaffer and J.D. Smith filed a complaint in the United States District Court for the District of Columbia, naming as defendants the Department of Defense and William J. Haynes, General Counsel for the Department of Defense. It is further my understanding that on February 27, 2006, plaintiffs filed an amended complaint in the District Court.

4.  My staff conducted a search of the computer record system that we use to track receipt of documents of this nature. My staff found no record of receipt of a summons and complaint by registered or certified mail from the plaintiff in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my belief.

Date: April 5, 2006

FRANK R. JIMENEZ