# Exhibit K

Shaffer v. Defense Intelligence Agency, et al.
Action No. CV06-271 (GK)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY SHAFFER, et al | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Case No. 06-271 (GK) |
| | ) |
| DEFENSE INTELLIGENCE | ) |
| AGENCY, et al | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF RONALD J. BUCHHOLZ

I, Ronald J. Buchholz, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge.

1. I am an attorney employed by the Department of the Army, Office of General Counsel. My duties include matters involving intelligence and national security law and government information practices.

2. The statements in this declaration are based on my personal knowledge and information I have received in my official capacity.

3. It is my understanding that on February 27, 2006, an amended complaint by Anthony Shaffer and J.D. Smith was filed in the United States District Court for the District of Columbia, naming the Department of the Army and Mr. Tom Taylor, Senior Deputy General Counsel, as defendants. As of the date of this declaration, this office has

1

not received service of the complaint referred to above. Likewise, Mr. Taylor has not received service of the complaint.

4. It is my further understanding that on February 14, 2006, a previous complaint by Anthony Shaffer and J.D. Smith was filed in the United States District Court for the District of Columbia, naming the Department of the Army and Mr. Tom Taylor as defendants. As of the date of this declaration, neither this office nor Mr. Taylor has received service of that complaint.

_____
RONALD J. BUCHHOLZ

_APRIL 6, 2006_____
DATE

2