# Exhibit L

Shaffer v. Defense Intelligence Agency, et al.
Action No. CV06-271 (GK)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY SHAFFER, et al     )<br>                                               )<br>     Plaintiffs,                            )<br>                                               )<br>v.                                             )<br>                                               )<br>DEFENSE INTELLIGENCE AGENCY, )<br>et al                                       )<br>                                               )<br>     Defendants.                       )<br>                                               ) | Civil Case No. 06-271 (GK) |

### DECLARATION OF PATRICK L. GARY

I, Patrick L. Gary, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge.

1. I am an attorney with the United States Army Litigation Division. I hold the rank of Major in the Army. As a litigation attorney, I am responsible for litigation support to Department of Justice counsel in cases where the Army has an interest.

2. The statements in this declaration are based on my personal knowledge and information I have received in my official capacity.

3. It is my understanding that on February 27, 2006, an amended complaint by Anthony Shaffer and J.D. Smith was filed in the United States District Court for the District of Columbia, naming the Department of the Army and Mr. Tom Taylor, Senior Deputy General Counsel, as defendants.

1

4. Pursuant to 32 C.F.R. § 516.14, the Chief of the Army Litigation Division is designated to accept service of process on behalf of the Department of the Army or for the Secretary of the Army in his official capacity. As of the date of this declaration, this office has not received service of the complaint referred to above.

5. It is my further understanding that on February 14, 2006, a previous complaint by Anthony Shaffer and J.D. Smith was filed in the United States District Court for the District of Columbia, naming the Department of the Army and Mr. Tom Taylor as defendants. As of the date of this declaration, this office has not received service of that complaint.

*[signature]*
PATRICK L. GARY

April 6, 2006
DATE

2