UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| ANTHONY SHAFFER, et al. | ) |
| Plaintiffs, | ) Civil Action No. 06-271 (GK) |
| v. | ) |
| DEFENSE INTELLIGENCE AGENCY, et al. | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

Upon consideration of the Memorandum in Support of Defendants' Motion to Dismiss, it is by the Court this ___ day of _____ , 2006, hereby

ORDERED that the Defendants' Motion to Dismiss is GRANTED.


DATED: _____     _____
                            THE HONORABLE GLADYS KESSLER
                            UNITED STATES DISTRICT JUDGE