UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| ANTHONY SHAFFER, et al. | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 06-271 (GK) |
| | ) |
| v. | ) |
| | ) |
| DEFENSE INTELLIGENCE AGENCY, et al. | ) |
| | ) |
| Defendants. | ) |

_____

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION FOR A STAY OF DISCOVERY**

Upon consideration of the Memorandum in Support of Defendants' Motion for a Stay of Discovery, it is by the Court this __ day of _____ , 2006, hereby

ORDERED that the Defendants' Motion for A Stay of Discovery is GRANTED.

DATED: _____     _____
                             THE HONORABLE GLADYS KESSLER
                             UNITED STATES DISTRICT JUDGE