UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANTHONY SHAFFER, et al. | ) | |
| Plaintiffs, | ) | Civil Action No. 06-271 (GK) |
| v. | ) | |
| DEFENSE INTELLIGENCE AGENCY, et al. | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME IN
WHICH TO SERVE DISCOVERY RESPONSES**

Defendants, by and through their undersigned counsel, move this Court for an extension of time within which they are required to serve plaintiffs with discovery responses. The basis for this motion is as follows:

1. On March 21, 2006, plaintiffs served defendants by electronic mail with Requests for Admissions, Interrogatories and Requests for Production of Documents.

2. On April 7, 2006, the defendants filed a motion to dismiss all of plaintiffs' claims on jurisdictional grounds.

3. Rules 33, 34 and 36 of the Federal Rules of Civil Procedure, provides the party upon whom discovery is served 30 days to serve answers and objections to interrogatories, requests for production of documents and requests for admissions. Defendants responses are therefore due to be served on April 24, 2006.

4. On April 19, 2006, defendants filed a motion for a stay of discovery pending resolution of defendants' Motion to Dismiss pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.

5. The discovery that plaintiffs seek from the three defendant agencies is extensive and defense counsel must have adequate time to coordinate with the various government officials at the three defendant agencies to assess what privileges, objections and/or responses defendants may have to the discovery sought by plaintiffs.

6. Accordingly, defendants request an extension of time until fifteen (15) days after the Court rules on Defendants' Motion for a Stay of Discovery [Docket # 14] in which to serve any necessary responses to plaintiffs' discovery.

7. No prior request has been made for the relief requested herein. Counsel for the other parties to this action have been contacted and have indicated that they oppose the requested extension.

April 19, 2006                           Respectfully submitted,

                                         PETER D. KEISLER
                                         Assistant Attorney General

                                         KENNETH L. WAINSTEIN
                                         United States Attorney

                                         VINCENT M. GARVEY
                                         Deputy Branch Director


                                         _____/s/_____
                                         KAREN K. RICHARDSON
                                         Texas Bar #785610
                                         Senior Counsel

                U.S. Department of Justice, Civil Division
                Federal Programs Branch
                20 Massachusetts Ave., N.W., Rm 6126
                Washington, D.C.  20001
                Telephone: (202) 514-3374
                Facsimile: (202) 616-8460