UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| ANTHONY SHAFFER, et al. ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 06-271 (GK) |
| ) | |
| v. ) | |
| ) | |
| DEFENSE INTELLIGENCE AGENCY, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

_____)

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION FOR EXTENSION OF TIME TO
RESPOND TO DISCOVERY**

Upon consideration of the Defendants' Motion for an Extension Of Time To Respond to Plaintiffs' Discovery, it is by the Court this __ day of _____ , 2006, hereby

ORDERED that the Defendants' Motion for An Extension of Time is GRANTED; and it is also hereby

ORDERED that the Defendants shall have an additional 15 days after this Court rules on Defendants' Motion for a Stay of Discovery [Docket # 14] in which to serve their responses to plaintiffs' discovery.


DATED: _____     _____
                            THE HONORABLE GLADYS KESSLER
                            UNITED STATES DISTRICT JUDGE