UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY SHAFFER et al. | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 06-271 (GK) |
| | * | |
| DEFENSE INTELLIGENCE AGENCY et al. | * | |
| | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH
TO SUBMIT RESPONSE TO DEFENDANTS' DISPOSITIVE MOTION**

NOW COMES the plaintiffs, by and through their undersigned counsel, to respectfully move the Court for an extension of time of four days to on or before Friday, May 12, 2006, in which to file an Opposition to the defendants' Motion to Dismiss. The brief is currently due to be filed on Monday, May 8, 2006 (the scheduled date of May 7, 2006, falls on a Sunday). This is the first extension request filed by the plaintiffs.

Plaintiffs' counsel requires a few extra days in order to finalize certain matters due to the unavailability of potential declarants to include plaintiff Shaffer who is out of the country on his honeymoon. Additionally, counsel neglected to realize he is out of town for several days prior to the deadline for scheduled family events.

Plaintiffs' counsel has discussed this request with defendants' counsel, and she has indicated the Government does not oppose this Motion. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date:  May 4, 2006

        Respectfully submitted,

            /s/
        _____
        Mark S. Zaid, Esq.
        D.C. Bar #440532
        Krieger & Zaid, PLLC
        1920 N Street, N.W., Suite 300
        Washington, D.C.  20036
        (202) 454-2809