# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY SHAFFER et al. | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   Civil Action No. 06-271 (GK) |
| | * |
| DEFENSE INTELLIGENCE AGENCY et al. | * |
| | * |
| Defendants. | * |

## ORDER

Upon consideration of Plaintiffs' Motion for Extension of Time, and the entire record herein, it is this _____ day of May 2006, hereby

ORDERED, that plaintiffs' Motion is granted; and

FURTHER ORDERED, that the plaintiffs' Opposition is due on or before May 12, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE