**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANTHONY SHAFFER et al.,           *
                                  *
        Plaintiffs,               *
                                  *
    v.                            *   Civil Action No. 06-271 (GK)
                                  *
DEFENSE INTELLIGENCE AGENCY       *
et al.                            *
                                  *
        Defendants.               *
*   *   *   *   *   *   *   *   *   *   *   *

**NOTICE OF FILING OF PLAINTIFFS' STATED POSITION
TO DEFENDANTS' MOTIONS FOR A STAY OF DISCOVERY AND
EXTENSION OF TIME IN WHICH TO SERVE DISCOVERY RESPONSES**

On April 19, 2006, the defendants filed Motions for a Stay of Discovery and Extension of Time in Which to Serve Discovery Responses. The plaintiffs had served various discovery responses on March 21, 2006, pursuant to an Order of the Court. The defendants' Motion for a stay of discovery was based primarily on the fact that it filed a Motion to Dismiss on April 7, 2006, and the Government asserts that the discovery is unrelated to the legal or factual matters that have been placed at issue to allegedly justify dismissal.

In light of its Stay Motion, and especially since it would not be known when this Court would rule on said Motion, the defendants also sought an additional fifteen days to submit their discovery responses should the Court deny its Motion. The plaintiffs opposed both Motions.

With respect to the Motion for Extension of Time the plaintiffs withdraw their Opposition.

The plaintiffs continue to maintain their Opposition to the defendants' request for a stay of discovery. However, in light of the direct relevance of this dispute to the defendants' Motion to Dismiss, rather than separately respond to this individual motion and waste the resources and time of the parties and this Court, the plaintiffs suggest they

specifically address the relevance of or need for the discovery in their Opposition to the Motion to Dismiss.

Date: May 4, 2006

                              Respectfully submitted,

                                /s/

                            _____
                            Mark S. Zaid, Esq.
                            D.C. Bar #440532
                            Krieger & Zaid, PLLC
                            1920 N Street, N.W., Suite 300
                            Washington, D.C. 20036
                            (202) 454-2809