**CURT WELDON**
7TH DISTRICT, PENNSYLVANIA

2466 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–3807
(202) 225–2011

1554 GARRETT ROAD
UPPER DARBY, PA 19082
(610) 259–0700

63 WEST 4TH STREET
BRIDGEPORT, PA 19405
(610) 270–1486

E-mail: curtpa07@mail.house.gov
www.house.gov/curtweldon

MIGRATORY BIRD
CONSERVATION COMMISSION
REPUBLICAN STEERING COMMITTEE



# Congress of the United States
## House of Representatives
### Washington, DC 20515–3807

May 12, 2006

COMMITTEE ON ARMED SERVICES
VICE CHAIRMAN
TACTICAL AIR AND LAND FORCES, CHAIRMAN
PROJECTION FORCES

COMMITTEE ON SCIENCE
SPACE AND AERONAUTICS
RESEARCH

COMMITTEE ON HOMELAND SECURITY
VICE CHAIRMAN
EMERGENCY PREPAREDNESS, SCIENCE
AND TECHNOLOGY
INTELLIGENCE, INFORMATION SHARING
AND TERRORISM RISK ASSESSMENT

CO-CHAIRMAN:
CONGRESSIONAL FIRE SERVICES CAUCUS
DUMA—CONGRESS STUDY GROUP
GLOBE OCEAN PROTECTION TASK FORCE
CONGRESSIONAL DIABETES CAUCUS
HOMELAND SECURITY CAUCUS

To Whom it May Concern,

I, Curt Weldon, pursuant to 28 U.S.C. § 1746, hereby declares the following:

1. I am a person over 18 years of age and competent to testify. I make this declaration based on my personal knowledge and in support of the plaintiffs' Opposition to the Defendants' Motion to Dismiss in the case of <u>Anthony Shaffer et al. v. Defense Intelligence Agency et al</u>, Civil Action No. 06-271 (D.D.C.)(GK).

2. I represent the Seventh Congressional District of Pennsylvania and I am currently serving in my tenth term as a Member of the U.S. House of Representatives. I am a senior member of the House Armed Services Committee and presently serve as the Vice Chairman of the full Committee as well as Chairman of the Tactical Air and Land Forces Subcommittee.

3. I am very familiar with the matters at issue in this litigation. I have been involved in ABLE DANGER issues for several years, and I am one of the most outspoken Members of Congress supporting plaintiffs Lieutenant Colonel Anthony Shaffer and J.D. Smith. Indeed, I was instrumental in obtaining more than 200 signatures from Members of Congress in a letter that was sent to the Department of Defense in support of Lt Col Shaffer. I also testified as a witness before the U.S. Senate Judiciary Committee on September 20, 2005, regarding ABLE DANGER, and participated in my Congressional capacity in hearings on ABLE DANGER held before Subcommittees of the House Armed Services Committee on February 15, 2006, at which both plaintiffs testified.

4. The controversy surrounding ABLE DANGER and the plaintiffs remain a priority for me and other Members of Congress. The House Armed Services Committee, and certainly the Subcommittee I chair, remains seized of the matter, and other Congressional Committees are very interested in the topic as well. I fully anticipate that additional hearings will be scheduled by one or more Congressional Committees on the topic of ABLE DANGER and would likely require Lt Col Shaffer, and possibly J.D. Smith, to serve as a witness. Moreover, without a doubt, there are Members of Congress, and their staffs, who serve in positions that have jurisdiction over ABLE DANGER issues and who wish to be briefed by Lt Col Shaffer in a classified environment. In fact, I am aware of current Members and/or their staff who presently desire such a briefing. Although it is true that no Congressional hearings are currently scheduled which involve ABLE DANGER, such scheduling can occur with very little notice. If that occurs

this Court would likely not be in a position to timely act especially given the delicate issues of national security that do need to be considered. Therefore, adjudicating this issue now would seem entirely appropriate.

5. Lt Col Shaffer, and to a lesser extent J.D. Smith, face serious retaliation due to their public positions involving ABLE DANGER. The defendants have very clearly, in my opinion, retaliated against Lt. Shaffer having already revoked his security clearance and initiated steps to terminate his employment with the Defense Intelligence Agency. Were it not for Congressional intervention, Lt Col Shaffer's civilian career with the Government would have ended months ago. Both plaintiffs have been accused, implicitly or explicitly, by current and former officials within the Government of having lied about certain events. The allegations against Lt Col Shaffer could possibly even lead to criminal penalties, and at one time the Army and DIA were exploring alleged violations under the Uniform Code of Military Justice.

6. Due to the circumstances that the defendants have placed the plaintiffs in, they have required legal representation. This Court should be aware that I have been authorized and have received access to the very classified information relating to ABLE DANGER that Lt Col Shaffer wishes to share with his attorneys. In order to have effective legal representation it is my opinion that the plaintiffs' attorneys have a clear need to know of this information. The need to know this information by the plaintiffs' attorneys is not necessarily limited to the extent in which Congress will continue to play a role. Of course, any counsel who the plaintiffs would share their information with must hold the appropriate security clearance or access authorization.

I do hereby affirm under penalty of perjury and upon personal knowledge that the contents of the foregoing are true and correct to the best of my knowledge and belief.

*[signature]*

CURT WELDON
Member of Congress