UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| ANTHONY SHAFFER, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 06-271 (GK) |
| | ) | |
| v. | ) | |
| | ) | |
| DEFENSE INTELLIGENCE AGENCY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

_____)

**CONSENT MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**

Defendants, by and through their undersigned counsel, move this Court for an extension of time within which they are required to file a Reply in Support of Defendant's Motion to Dismiss. The basis for this motion is as follows:

1. On May 12, 2006, plaintiffs filed their Opposition to Defendants' Motion to Dismiss.

2. Defendants' Reply In Support of Their Motion to Dismiss is otherwise due on May 24, 2006.

3. On May 23, 2006, Plaintiffs' counsel, Mark Zaid, conferred with the undersigned counsel, Karen Richardson, requesting defendants' consent to file a supplemental declaration in support of plaintiffs' Opposition to Defendants' Motion to Dismiss.

4. Defendants consented to plaintiffs' request on the condition that defendants were granted additional time in which to file a Reply so that they might substantively respond to the

supplemental material proffered by the plaintiffs.

5. Accordingly, defendants request an extension of time until five days after the plaintiffs file their supplemental declaration to file their Reply In Support of their Motion to Dismiss.

6. No prior request has been made for the relief requested herein.  Counsel for plaintiffs consent to this requested extension.

May 23, 2006                                    Respectfully submitted,


                                                PETER D. KEISLER
                                                Assistant Attorney General

                                                KENNETH L. WAINSTEIN
                                                United States Attorney

                                                VINCENT M. GARVEY
                                                Deputy Branch Director


                                                _____/s/_____
                                                KAREN K. RICHARDSON
                                                Texas Bar #785610
                                                Senior Counsel
                                                U.S. Department of Justice, Civil Division
                                                Federal Programs Branch
                                                20 Massachusetts Ave., N.W., Rm 6126
                                                Washington, D.C.  20001
                                                Telephone: (202) 514-3374
                                                Facsimile: (202) 616-8460