**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| | ) | |
| ANTHONY SHAFFER, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 06-271 (GK) |
| | ) | |
| v. | ) | |
| | ) | |
| DEFENSE INTELLIGENCE AGENCY, | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**[PROPOSED] ORDER GRANTING
CONSENT MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO FILE
A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**

Upon consideration of the Consent Motion for Enlargement of Time for Defendants to

File a Reply in Support of Their Motion to Dismiss, it is by the Court this ___ day of _____,

2006, hereby

ORDERED that the Consent Motion for Enlargement of Time for Defendants to File a

Reply In Support of Their Motion To Dismiss is GRANTED; and it is also hereby

ORDERED that the Defendants shall have an additional 5 days after plaintiffs file a

supplemental declaration in support of their Opposition to Defendants' Motion to Dismiss in

which to file their Reply In Support of Defendants' Motion to Dismiss.


DATED: _____        _____
                                 THE HONORABLE GLADYS KESSLER
                                 UNITED STATES DISTRICT JUDGE


-1-