UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| ANTHONY SHAFFER, et al. | ) |
| Plaintiffs, | ) Civil Action No. 06-271 (GK) |
| v. | ) |
| DEFENSE INTELLIGENCE AGENCY, et al. | ) |
| Defendants. | ) |

_____

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS THE PLAINTIFF'S CLAIMS AGAINST THE DEFENDANTS SUED IN THEIR INDIVIDUAL CAPACITIES**

Upon consideration of the Memorandum in Support of Motion to Dismiss The Plaintiff's Claims Against The Defendants Sued In Their Individual Capacities, it is by the Court this __ day of _____ , 2006, hereby

ORDERED that the Motion to Dismiss The Plaintiff's Claims Against the Defendants Sued in Their Individual Capacities is GRANTED.

DATED: _____          _____
                                 THE HONORABLE GLADYS KESSLER
                                 UNITED STATES DISTRICT JUDGE