UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY SHAFFER et al. | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 06-271 (GK) |
| | * | |
| DEFENSE INTELLIGENCE AGENCY et al. | * | |
| | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH
TO SUBMIT RESPONSE TO DEFENDANTS' DISPOSITIVE MOTION**

NOW COMES the plaintiffs, by and through their undersigned counsel, to respectfully move the Court for an extension of time to on or before August 10, 2006, in which to file an Opposition to the Motion to Dismiss Plaintiff's Claims Against Defendants Sued in their Individual Capacities. The brief is currently due to be filed on July 25, 2006. This is the first extension request filed by the plaintiffs.

Plaintiff's counsel has been traveling much of the time since the government's brief was filed and indeed just returned today from nearly one week in California. Additionally, he has briefs and deadlines in other cases that must be met before this one.

Plaintiff's counsel has discussed this request with defendants' counsel, and she has consented to this Motion. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date: July 24, 2006

                                              Respectfully submitted,

                                              /s/
                                          _____
                                          Mark S. Zaid, Esq.
                                          D.C. Bar #440532
                                          Krieger & Zaid, PLLC
                                          1920 N Street, N.W., Suite 300
                                          Washington, D.C.  20036
                                          (202) 454-2809