UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY SHAFFER et al. | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   Civil Action No. 06-271 (GK) |
| | * |
| DEFENSE INTELLIGENCE AGENCY et al. | * |
| | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of Plaintiff's Motion for Extension of Time, and the entire record herein, it is this _____ day of July 2006, hereby

ORDERED, that plaintiff's Motion is granted; and

FURTHER ORDERED, that the plaintiff's Opposition is due on or before August 10, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE