UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY SHAFFER et al. | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 06-271 (GK) |
| | * | |
| DEFENSE INTELLIGENCE AGENCY et al. | * | |
| | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF PLAINTIFFS' POSITION REGARDING DEFENDANTS' MOTION TO DISMISS THE PLAINTIFF'S CLAIMS AGAINST DEFENDANTS SUED IN THEIR INDIVIDUAL CAPACITIES

Plaintiff Anthony Shaffer, by and through his undersigned counsel, hereby notifies the Court that, after carefully reviewing the Government's filing and considering the matter further, he does not oppose the granting of the defendants' Motion to Dismiss the Plaintiff's Claims Against Defendants Sued in the Their Individual Capacities (filed July 11, 2006).

Dated: August 9, 2006

Respectfully submitted,

/s/
_____
Mark S. Zaid, Esq.
DC Bar #440532
1920 N St., N.W.
Suite 300
Washington, D.C. 20006
(202) 454-2809
ZaidMS@aol.com

Attorney for Plaintiff