# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANTHONY SHAFFER, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 06-271 (GK) |
| | ) | |
| v. | ) | |
| | ) | |
| DEFENSE INTELLIGENCE AGENCY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that MARCIA N. TIERSKY, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance in the above-captioned matter as lead counsel of record for Defendants. KAREN K. RICHARDSON is hereby withdrawn. Attached hereto is the Certificate of Familiarity required by Local Civil Rule 83.2(j).

Respectfully submitted,

GREGORY KATSAS
Acting Assistant Attorney General

JEFFREY A. TAYLOR
U.S. Attorney for the District of Columbia

VINCENT M. GARVEY
Deputy Branch Director


  /s/   Marcia N. Tiersky
MARCIA N. TIERSKY, Ill. Bar 6270736
Trial Attorney
Federal Programs Branch

U.S. Department of Justice
20 Massachusetts Ave., N.W. Room 7206
Washington, D.C. 20530
(202) 514-1359
Fax (202) 318-0486
marcia.tiersky@usdoj.gov

## CERTIFICATE OF FAMILIARITY

Pursuant to Local Civil Rule 83.2(j), I hereby certify that I am personally familiar with the Local Rules of this Court.

Dated:   7/2/08                                        /s/   Marcia N. Tiersky
                                                                Marcia N. Tiersky