## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANTHONY SHAFFER et al.      *
                              *
          Plaintiffs,      *
                              *
     vs.                   *       Civil Action No. 06-271 (GK)
                              *
DEFENSE INTELLIGENCE AGENCY    *
 et al.                         *
                              *
          Defendants.     *
*    *    *    *    *    *    *    *    *    *    *

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), the Parties hereby jointly stipulate to the dismissal with prejudice of the above-captioned case. The parties will bear their own fees and costs.

Date:  July 10, 2009

Respectfully submitted,


/s/
_____
Mark S. Zaid, Esq.
DC Bar #440532
Mark S. Zaid, PC
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 454-2809
Mark@MarkZaid.com

TONY WEST
Assistant Attorney General

CHANNING D. PHILLIPS
Acting United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

/s/
_____
BRAD P. ROSENBERG (DC Bar 467513)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 514-3374
Fax: (202) 616-8460
brad.rosenberg@usdoj.gov

<u>Mailing Address:</u>

Post Office Box 883
Washington, D.C. 20044

<u>Courier Address:</u>

20 Massachusetts Ave., N.W.
Washington, D.C. 20001